IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00302-RJC-DSC

| | |
|---|---|
| USA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| DONALD GERODE ADAMS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 29), the Indictment, (Doc. No. 21), without prejudice.

**IT IS ORDERED** that the Government's motion, (Doc. No. 29), is **GRANTED** and the Indictment, (Doc. No. 21), is **DISMISSED** without prejudice.

Signed: February 27, 2020

Robert J. Conrad, Jr.
United States District Judge